IN RE:  CASE NO. 06-51886

DONALD JAMES SHIMANDLE  CHAPTER 7
CAROL RUTH SHIMANDLE
    Debtors

REPORT OF UNCLAIMED DIVIDEND

FILED 2011 MAR -8 AM 10: 45 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #101 was issued on November 30, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #106 to the Clerk of Courts in the amount of $90.32 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                   _/s/ Harold A. Corzin_
                                   HAROLD A. CORZIN, TRUSTEE
                                   304 N. Cleveland-Massillon Road
                                   Akron, Ohio 44333
                                   (330) 670-0770
                                   (330) 670-0297 Facsimile
                                   Hcorzin@csu-law.com

March 2, 2011

cc: U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 06-51886 - SHIMANDLE, DONALD JAMES

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02440928-66 | 106 | 03/01/11 | U. S. BANKRUPTCY COURT | | | $90.32 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02440928-66 | 1 | 101 | 12/13/06 | 610 | BFG Credit Union<br>445 S. Main St<br>Akron, OH 44311-1068 | 173.68 | 173.68 | 90.32 | 90.32 |

*Handwritten note:* Ck # 106 receipt # 82201

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.