IN RE:                 FILED    CASE NO. 06-51886

DONALD JAMES SHIMANDLE   2011 MAR -8 AM 10: 45   CHAPTER 7
CAROL RUTH SHIMANDLE
      Debtors      U.S. BANKRUPTCY COURT    REPORT OF UNCLAIMED
                   NORTHERN DISTRICT OF OHIO    DIVIDEND
                      AKRON

     Harold A. Corzin, Trustee herein, reports that check #103 was issued on November 30, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #108 to the Clerk of Courts in the amount of $178.69 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                    _/s/ Harold A. Corzin_
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Road
                                    Akron, Ohio 44333
                                    (330) 670-0770
                                    (330) 670-0297 Facsimile
                                    Hcorzin@csu-law.com

March 2, 2011

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 06-51886 - SHIMANDLE, DONALD JAMES

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-02440928-66 | 108 | 03/01/11 | U.S. BANKRUPTCY COURT | | | | $178.69 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02440928-66 | 3 | 103 | 01/03/07 | 610 | KOHLS/CHASE BANK USA NA C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS, TX 75374 | 343.59 | 343.59 | 178.69 | 178.69 |

*Ck# 108*
*receipt # 82201*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.