IN RE: CASE NO. 06-51886

DONALD JAMES SHIMANDLE CHAPTER 7
CAROL RUTH SHIMANDLE
    Debtors REPORT OF UNCLAIMED
DIVIDEND

FILED 2011 MAR -8 AM 10:45
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #102 was issued on November 30, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #107 to the Clerk of Courts in the amount of $4,225.59 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

/s/ HAC
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

March 2, 2011

cc: U. S. Trustee

Printed: 03/01/11 01:36 PM

# Stale Check Report

Page: 1

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 06-51886 - SHIMANDLE, DONALD JAMES

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02440928-66 | 107 | 03/01/11 | U.S. BANKRUPTCY COURT | | | $4,225.59 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02440928-66 | 2 | 102 | 12/15/06 | 610 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054 | 8,125.27 | 8,125.27 | 4,225.59 | 4,225.59 |

*handwritten annotation: ck # 107, receipt # 8220/*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.